**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-29423 |
| | § | |
| DEVON LOVE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   219 South Dearborn Street, Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 10/13/2015, in Courtroom 644, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  09/15/2015            By:  /s/ David P. Leibowitz
                                         Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:  §  Case No. 14-29423
  §
DEVON LOVE  §
  §
  §
  §
  Debtor(s)  §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*  $4,950.00
*and approved disbursements of*  $1,946.60
*leaving a balance on hand of[1]:*  $3,003.40

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:  $0.00
Remaining balance:  $3,003.40

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $756.06 | $0.00 | $756.06 |
| David P. Leibowitz, Trustee Expenses | $2.96 | $0.00 | $2.96 |

Total to be paid for chapter 7 administrative expenses:  $759.02
Remaining balance:  $2,244.38

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:  $0.00
Remaining balance:  $2,244.38

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $2,244.38 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $6,479.10 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 34.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 2 | Commonwealth Edison Company | $5,830.30 | $0.00 | $2,019.63 |
| 3 | LVNV Funding, LLC its successors and assigns as | $648.80 | $0.00 | $224.75 |

| | |
|---|---:|
| Total to be paid to timely general unsecured claims: | $2,244.38 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata*

only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
              Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                         United States Bankruptcy Court
                         Northern District of Illinois
In re:                                                        Case No. 14-29423-PSH
Devon Love                                                    Chapter 7
       Debtor
                            CERTIFICATE OF NOTICE
District/off: 0752-1          User: rgreen             Page 1 of 2           Date Rcvd: Sep 15, 2015
                              Form ID: pdf006          Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 17, 2015.
db             +Devon Love,    5328 W. Congress,     Chicago, IL 60644-5002
22268116       ++CONTINENTAL FINANCE COMPANY LLC,      PO BOX 8099,    NEWARK DE 19714-8099
                 (address filed with court: Mabt/contfin,       121 Continental Dr Ste 1,    Newark, DE 19713)
22268110       +Cbe Group,    1309 Technology Pkwy,     Cedar Falls, IA 50613-6976
22547865        Cook COunty State's Attorney,    Bad Check Restitution Program,     P.O. Box A3984,
                 Chicago, IL 60690-3984
22547864       +Cook County Health and Hospital,     19 Mollison Way,    Lewiston, ME 04240-5805
22268113       #+Dressler Peters,    111 W Washington St,     Chicago, IL 60602-2713
22268114       +ER Solutions/Convergent Outsourcing, INC,      Po Box 9004,    Renton, WA 98057-9004
22547869       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
22268115       +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
22547872       +Frontier Financial Group,    631 N. Stephanice St. 419,      Henderson, NV 89014-2633
22547873       +Hinsdale Orthopaedics,    PO BOX 914,    La Grange, IL 60525-0914
22268117       +Mages and Price,    707 Lake Cook Road, Suite 314,     Deerfield, IL 60015-4933
22268118       +Mcsi Inc,    Po Box 327,   Palos Heights, IL 60463-0327
22268119       +Merchants Cr,    223 W. Jackson Blvd.,    Suite 400,    Chicago, IL 60606-6974
22547880       +Monterey Financial Services, Inc.,     4095 Avenida De La Plata,     Oceanside, CA 92056-5802
22268122       +National Credit Adjust,    Po Box 3023,    Hutchinson, KS 67504-3023
22268125       +Weisfield Jewelers/Sterling Jewelers Inc,     Attn: Bankruptcy,     Po Box 1799,
                 Akron, OH 44309-1799

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22268109       +E-mail/Text: bnc-applied@quantum3group.com Sep 16 2015 01:23:38      Applied Card Bank,
                 Attention: Bankruptcy,    Po Box 17125,    Wilmington, DE 19850-7125
22268111       +E-mail/Text: legalcollections@comed.com Sep 16 2015 01:24:17      ComEd,    PO Box 87522,
                 Chicago, IL 60680-0522
22547855       +E-mail/Text: legalcollections@comed.com Sep 16 2015 01:24:17      ComEd Company,
                 3 Lincoln Center,    Attn: Claims Department,    Oak Brook IL 60181-4204
22547863       +E-mail/Text: legalcollections@comed.com Sep 16 2015 01:24:17      Comed,    P.O. Box 6111,
                 Carol Stream, IL 60197-6111
22302830       +E-mail/Text: legalcollections@comed.com Sep 16 2015 01:24:17      Commonwealth Edison Company,
                 3 Lincoln Center,    Attn: Bankruptcy Section,    Oakbrook Terrace, IL 60181-4204
22638480       +E-mail/Text: legalcollections@comed.com Sep 16 2015 01:24:17      Commonwealth Edison Company,
                 3 Lincoln Center,    Attn: Bankruptcy Department,    Oakbrook Terrace, IL 60181-4204
22268112       +E-mail/Text: creditonebknotifications@resurgent.com Sep 16 2015 01:21:34      Credit One Bank,
                 Po Box 98873,    Las Vegas, NV 89193-8873
23399908        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 16 2015 01:20:03
                 LVNV Funding, LLC its successors and assigns as,     assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
22268120       +E-mail/Text: bkr@cardworks.com Sep 16 2015 01:21:01      Merrick Bk,    Attn: Bankruptcy,
                 P.O. Box 9201,    Old Bethpage, NY 11804-9001
22268121       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 16 2015 01:22:40      Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
22268123       +E-mail/Text: bankruptcies@orangelake.com Sep 16 2015 01:21:19      Orange Lake Country Cl,
                 Attn: Bankruptcy,    8505 W Irlo Bronson Memorial Hwy,    Kissimmee, FL 34747-8201
22268124       +E-mail/Text: fhbankruptcy@bluestembrands.com Sep 16 2015 01:24:18      Webbank/fingerhut,
                 6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22547874*     ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,   NEWARK DE 19714-8099
                (address filed with court: Mabt/contfin,     121 Continental Dr Ste 1,   Newark, DE 19713)
22547866*     +Credit One Bank,   Po Box 98873,    Las Vegas, NV 89193-8873
22547867*     +Dressler Peters,   111 W Washington St,    Chicago, IL 60602-2713
22547868*     +ER Solutions/Convergent,   Outsourcing, INC,    Po Box 9004,    Renton, WA 98057-9004
22547870*     +First Premier Bank,   601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
22547871*     +First Premier Bank,   3820 N Louise Ave,    Sioux Falls, SD 57107-0145
22547875*     +Mages and Price,   707 Lake Cook Road, Suite 314,    Deerfield, IL 60015-4933
22547876*     +Mcsi Inc,   Po Box 327,   Palos Heights, IL 60463-0327
22547877*     +Merchants Cr,   223 W. Jackson Blvd.,    Suite 400,   Chicago, IL 60606-6974
22547878*     +Merrick Bk,   Attn: Bankruptcy,    P.O. Box 9201,   Old Bethpage, NY 11804-9001
22547879*     +Midland Funding,   8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
22547881*     +National Credit Adjust,   Po Box 3023,    Hutchinson, KS 67504-3023
22547882*     +Orange Lake Country Cl,   Attn: Bankruptcy,    8505 W Irlo Bronson Memorial Hwy,
                Kissimmee, FL 34747-8201
22547883*     +Webbank/fingerhut,   6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
22547884*     +Weisfield Jewelers/Sterling Jewelers,    Inc,   Attn: Bankruptcy,   Po Box 1799,
                Akron, OH 44309-1799
                                                                                 TOTALS: 0, * 15, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: rgreen              Page 2 of 2             Date Rcvd: Sep 15, 2015
                              Form ID: pdf006           Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2015                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 15, 2015 at the address(es) listed below:
      David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
     il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
      David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
     il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
      Ernesto D Borges    on behalf of Debtor Devon  Love notice@billbusters.com,
     billbusters@iamthewolf.com;BillBusters@ecf.inforuptcy.com
      Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                           TOTAL: 4