**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-29423 |
| | § | |
| DEVON LOVE | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $23,600.00 | Assets Exempt: | $4,200.00 |
| Total Distributions to Claimants: | $2,244.38 | Claims Discharged Without Payment: | $43,917.72 |
| Total Expenses of Administration: | $779.87 | | |

3)      Total gross receipts of $4,950.00  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $1,925.75 (see **Exhibit 2),** yielded net receipts of $3,024.25 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $779.87 | $779.87 | $779.87 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $44,959.00 | $25,211.54 | $6,479.10 | $2,244.38 |
| **Total Disbursements** | $44,959.00 | $25,991.41 | $7,258.97 | $3,024.25 |

4).  This case was originally filed under chapter 7 on 08/11/2014.  The case was pending for 16 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/23/2015                    By:    /s/ David P. Leibowitz
                                                  Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO
FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2014 Tax Refund | 1224-000 | $4,950.00 |
| **TOTAL GROSS RECEIPTS** | | $4,950.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| DEVON LOVE | Exemptions | 8100-002 | $1,925.75 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $1,925.75 |

**EXHIBIT 3 – SECURED CLAIMS**
NONE

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $756.06 | $756.06 | $756.06 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $2.96 | $2.96 | $2.96 |
| Green Bank | 2600-000 | NA | $20.85 | $20.85 | $20.85 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $779.87 | $779.87 | $779.87 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Commonwealth Edison Company | 7100-000 | $0.00 | $12,281.37 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---:|---:|---:|---:|
| 2 | Commonwealth Edison Company | 7100-000 | $5,000.00 | $12,281.37 | $5,830.30 | $2,019.63 |
| 3 | LVNV Funding, LLC its successors and assigns as | 7100-000 | $276.00 | $648.80 | $648.80 | $224.75 |
| | Applied Card Bank | 7100-000 | $1,115.00 | $0.00 | $0.00 | $0.00 |
| | Cbe Group | 7100-000 | $5,694.00 | $0.00 | $0.00 | $0.00 |
| | Dressler Peters | 7100-000 | $5,695.00 | $0.00 | $0.00 | $0.00 |
| | ER Solutions/Convergent | 7100-000 | $862.00 | $0.00 | $0.00 | $0.00 |
| | First Premier Bank | 7100-000 | $480.00 | $0.00 | $0.00 | $0.00 |
| | First Premier Bank | 7100-000 | $350.00 | $0.00 | $0.00 | $0.00 |
| | First Premier Bank | 7100-000 | $350.00 | $0.00 | $0.00 | $0.00 |
| | Mabt/contfin | 7100-000 | $297.00 | $0.00 | $0.00 | $0.00 |
| | Mages and Price | 7100-000 | $2,200.00 | $0.00 | $0.00 | $0.00 |
| | Mcsi Inc | 7100-000 | $50.00 | $0.00 | $0.00 | $0.00 |
| | Merchants Cr | 7100-000 | $1,335.00 | $0.00 | $0.00 | $0.00 |
| | Merrick Bk | 7100-000 | $1,164.00 | $0.00 | $0.00 | $0.00 |
| | Midland Funding | 7100-000 | $1,026.00 | $0.00 | $0.00 | $0.00 |
| | National Credit Adjust | 7100-000 | $65.00 | $0.00 | $0.00 | $0.00 |
| | Orange Lake Country Cl | 7100-000 | $19,000.00 | $0.00 | $0.00 | $0.00 |
| | Webbank/fingerhut | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Weisfield Jewelers/Sterling Jewelers | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $44,959.00 | $25,211.54 | $6,479.10 | $2,244.38 |

UST Form 101-7-TDR (10/1/2010)

**FORM 1**

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

Exhibit 8

**ASSET CASES**

| | |
|---|---|
| **Case No.:** | 14-29423-PSH |
| **Case Name:** | LOVE, DEVON |
| **For the Period Ending:** | 12/23/2015 |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Date Filed (f) or Converted (c):** | 08/11/2014 (f) |
| **§341(a) Meeting Date:** | 09/29/2014 |
| **Claims Bar Date:** | 06/25/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | | |
| 1 | Checking Account Chase Bank | $2,600.00 | $2,100.00 | | $0.00 | FA |
| 2 | Miscellaneous Used Household Goods | $900.00 | $0.00 | | $0.00 | FA |
| 3 | Personal Used Clothing | $400.00 | $0.00 | | $0.00 | FA |
| 4 | 2013 Chrysler 300 10,000 miles Debtor has a joint interest in the vehicle with Kimberly Wilson. Debtor is on the title, not on the loan. kbb.com value $19,602 | $19,602.00 | $17,202.00 | | $0.00 | FA |
| 5 | 2002 Yukon Denali 150k miles Debtor drives this vehicle, pays for gas and maintenance but is not on the title. The vehicle owner is Kimberly Wilson 5328 W. Congress Chicago, IL 60644 | $3,278.00 | $3,278.00 | | $0.00 | FA |
| 6 | 2014 Tax Refund **(u)** | $0.00 | Unknown | | $4,950.00 | FA |
| 7 | Dewalt saw **(u)** Bosch ham mer drill Lasermark laser level Ramset concrete gun 2-Ridged Roof Nailer Bostitch Floor Nailer Toolshop Trim nailer Dewalt Drill Set Skill Saw Paslode nailer Bosch Sawzaw Ridgid Framing Nailer 3 Stepp Ladders Roofing Torch/Burner Husky Air Compressor | $1,020.00 | $1,020.00 | | $0.00 | FA |

| | | | | | |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
| | $27,800.00 | $23,600.00 | | $4,950.00 | $0.00 |

---

**Major Activities affecting case closing:**

| | |
|---|---|
| 06/26/2015 | Must object to claim 1 and 2 as duplicate |
| 03/27/2015 | Review Claims and Prepare TFR |
| 03/18/2015 | PREPARE MOTION FOR RULE 2004 EXAM |
| 01/21/2015 | Continued meeting to conduct 2004 Examination |
| 01/16/2015 | Motion for Rule 2004 1/27/15 |
| 01/07/2015 | Prepared Motion 2004 Examination for attorney review |
| 10/29/2014 | Spoke with Debtor's regarding request and 2004 examination. |
| 10/27/2014 | Tax Intercept Completed |
| 09/26/2014 | SSN Transposed |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | |
|---|---|
| **Case No.:** | 14-29423-PSH |
| **Case Name:** | LOVE, DEVON |
| **For the Period Ending:** | 12/23/2015 |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Date Filed (f) or Converted (c):** | 08/11/2014 (f) |
| **§341(a) Meeting Date:** | 09/29/2014 |
| **Claims Bar Date:** | 06/25/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 07/25/2016 |
| **Current Projected Date Of Final Report (TFR):** | 08/20/2015 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

**FORM 2**
Page No:1

Case 14-29423   Doc 38   Filed 01/11/16   Entered 01/11/16 14:22:31   Desc Main
Document    Page 7 of 8
CASH RECEIPTS AND DISBURSEMENTS RECORD
Exhibit 9

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Case No.** | | 14-29423-PSH | | **Trustee Name:** | David Leibowitz | | |
| **Case Name:** | | LOVE, DEVON | | **Bank Name:** | Green Bank | | |
| **Primary Taxpayer ID #:** | | **-***8869 | | **Checking Acct #:** | ******2301 | | |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | | | |
| **For Period Beginning:** | | 8/11/2014 | | **Blanket bond (per case limit):** | $5,000,000.00 | | |
| **For Period Ending:** | | 12/23/2015 | | **Separate bond (if applicable):** | | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 03/27/2015 | (6) | United States Treasury | Unscheduled Tax Refund | 1224-000 | $4,950.00 | | $4,950.00 |
| 04/09/2015 | 3001 | DEVON LOVE | Entitled Portion of Tax Refund | 8100-002 | | $1,925.75 | $3,024.25 |
| 05/05/2015 | | Green Bank | Bank Fee for 2015 | 2600-000 | | $6.12 | $3,018.13 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $4.87 | $3,013.26 |
| 06/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $4.70 | $3,008.56 |
| 07/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $5.16 | $3,003.40 |
| 10/28/2015 | 3002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $756.06 | $2,247.34 |
| 10/28/2015 | 3003 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $2.96 | $2,244.38 |
| 10/28/2015 | 3004 | Commonwealth Edison Company | Amount Claimed: 12,281.37; Distribution Dividend: 34.64; Claim #: 2; Dividend: 67.24; Amount Allowed: 5,830.30; Notes: Claim NO. 2 is allowed in the amount of $5,830.30 per Docket No. 31; | 7100-000 | | $2,019.63 | $224.75 |
| 10/28/2015 | 3005 | LVNV Funding, LLC its successors and assigns as | Amount Claimed: 648.80;   Distribution Dividend: 34.64; Claim #: 3; Dividend: 7.48; Amount Allowed: 648.80; Notes: ; | 7100-000 | | $224.75 | $0.00 |

| | | | |
|---|---|---|---|
| **TOTALS:** | $4,950.00 | $4,950.00 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| **Subtotal** | $4,950.00 | $4,950.00 | |
| **Less: Payments to debtors** | $0.00 | $1,925.75 | |
| **Net** | $4,950.00 | $3,024.25 | |

| **For the period of 8/11/2014 to 12/23/2015** | | **For the entire history of the account between 03/24/2015 to 12/23/2015** | |
|---|---|---|---|
| Total Compensable Receipts: | $4,950.00 | Total Compensable Receipts: | $4,950.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,950.00 | Total Comp/Non Comp Receipts: | $4,950.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $3,024.25 | Total Compensable Disbursements: | $3,024.25 |
| Total Non-Compensable Disbursements: | $1,925.75 | Total Non-Compensable Disbursements: | $1,925.75 |
| Total Comp/Non Comp Disbursements: | $4,950.00 | Total Comp/Non Comp Disbursements: | $4,950.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 14-29423-PSH | |
| **Case Name:** | LOVE, DEVON | |
| **Primary Taxpayer ID #:** | **-***8869 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 8/11/2014 | |
| **For Period Ending:** | 12/23/2015 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******2301 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSE** | **ACCOUNT BALANCES** |
|---|---|---|---|
| | $4,950.00 | $4,950.00 | $0.00 |

**For the period of 8/11/2014 to 12/23/2015**

| | |
|---|---|
| Total Compensable Receipts: | $4,950.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,950.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,024.25 |
| Total Non-Compensable Disbursements: | $1,925.75 |
| Total Comp/Non Comp Disbursements: | $4,950.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 08/11/2014 to 12/23/2015**

| | |
|---|---|
| Total Compensable Receipts: | $4,950.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,950.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,024.25 |
| Total Non-Compensable Disbursements: | $1,925.75 |
| Total Comp/Non Comp Disbursements: | $4,950.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ